APARTMENTS, INC. v. HANES

No. 126 PC.

Case below: 8 N.C. App. 394.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.


BANK v. BANK

No. 97 PC.

Case below: 8 N.C. App. 333.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 14 July 1970.


CONGLETON v. CITY OF ASHEBORO

No. 117 PC.

Case below: 8 N.C. App. 571.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 July 1970.


EASON v. INSURANCE CO.

No. 93 PC.

Case below: 8 N.C. App. 293.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.


EVERETT v. TOWN OF ROBERSONVILLE

No. 90 PC.

Case below: 8 N.C. App. 219.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.